**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAELL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
TANIA BABAIE (SBN 320417)
*tania@consumersadvocates.com*
651 Arroyo Drive
San Diego, CA 92103
Tel: (619) 696-9006
Fax: (619) 564-6665

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH LEVIN, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>STREMICK'S HERITAGE FOODS, a Delaware Limited Liability Company,<br><br>Defendant. | Case No: 8:18-cv-01748<br><br>**PLAINTIFF'S STATEMENT APPRISING THE COURT THAT DISMISSAL WAS NOT PURSUANT TO SETTLEMENT** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on December 19, 2018, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Deborah Levin dismissed her individual claims in this action without prejudice. The Plaintiff's Voluntary Dismissal Without Prejudice was not the product of a settlement with the Defendant.

DATED: December 27, 2018           Respectfully Submitted,

*/s/ Ronald A. Marron*
Ronald A. Marron

**LAW OFFICES OF RONALD A. MARRON**
Ronald A. Marron
*ron@consumersadvocates.com*
Michael T. Houchin
*mike@consumersadvocates.com*
Tania Babaie
*tania@consumersadvocates.com*
651 Arroyo Drive
San Diego, CA 92103
Telephone: (619) 696-9006
Fax: (619) 564-6665
***Counsel for Plaintiff and the Proposed Class***

---

1